### Dave Davis v. The State.

No. 89.    Decided January 12, 1910.

**Local Option—Sufficiency of the Evidence.**
See opinion for evidence held sufficient to sustain the conviction.

Appeal from the County Court of Wise. Tried below before the Hon. C. V. Terrell.

Appeal from a conviction of a violation of the local option law; penalty, a fine of $75 and forty days confinement in the county jail.

This is the second appeal of this and companion cases. See 52 Texas Crim. Rep., 546. The information in this case was filed March 21, 1907. When this appeal was submitted Judge McCord was still the Assistant Attorney-General, and prepared the brief for the State.

No brief on file for appellant.

*F. J. McCord*, Assistant Attorney-General, for the State.

DAVIDSON, Presiding Judge.—This conviction was for violating the local option law.

Two of the questions suggested in the motion for new trial are the same as in causes Nos. 82 and 83 this day decided. An additional ground is relied upon, to wit: that the evidence is not sufficient to justify the conviction. The facts introduced on the part of the State was through the witnesses Roberts and Gholston. Roberts testified that Gholston gave him $1 with which to buy some

whisky; that he took the dollar and went to appellant's barbershop, in Alvord, Wise County, and bought a pint of whisky, for which he paid him fifty cents; that appellant went into his bathroom, connected with the barbershop, and got the pint of whisky and delivered it to the witness. Gholston testified to giving witness Roberts the dollar with which to purchase a bottle of whisky and that Roberts brought it back to him and they drank it. We think this testimony is sufficient to make out a case and the judgment is affirmed.

*Affirmed.*

McCord, Judge, not sitting.